UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

**KENNETH MAYLE,**

Plaintiff,

vs.

**THE CONGRESS OF THE UNITED STATES OF AMERICA,**

AND

**THE UNITED STATES OF AMERICA,**

AND

**STEVEN MNUCHIN,**
IN HIS OFFICIAL CAPACITY AS
SECRETARY OF THE TREASURY,
AND

**DAVID MOTL,**
IN HIS OFFICIAL CAPACITY AS ACTING
PRINCIPAL DEPUTY DIRECTOR OF THE
UNITED STATES MINT

AND

**LEONARD R. OLIJAR,**
IN HIS OFFICIAL CAPACITY AS
DIRECTOR OF THE BUREAU OF
ENGRAVING AND PRINTING,

Defendants.

Case No.:

COMPLAINT

1:17-cv-03417
Judge Amy J. St. Eve
Magistrate Judge Maria Valdez



MAY - 5 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## INTRODUCTION

Plaintiff in this action challenges the use of the phrase "In God We Trust" on the nation's

currency. Plaintiff is a non-theistic Satanist. Satanism rejects the existence of supernatural deities

and celebrates, rather than rejects, the material and carnal universe. The words "In God We

COMPLAINT - 1

Trust" are a direct endorsement of a supernatural deity that advocates for the destruction of people who reject the existence of deities. The nation's money forces Plaintiff to carry forth government messages proclaiming the existence of a "God" and professing "trust" in that God. Plaintiff's free exercise of religion is substantially burdened by carrying religious messages in order to make financial transactions. He sues seeking declaratory relief that the inscription of "In God We Trust" on the nation's coins and currency (pursuant to 31 U.S.C. § 5112 (d)(1) and 31 U.S.C. § 5114 (b)) violates 42 U.S.C. § 7 2000bb through § 2000bb-4, the Religious Freedom Restoration Act (RFRA), the equal protection component of the Fifth Amendment's Due Process clause; the First Amendment's Free Speech Clause; the First Amendment's Free Exercise Clause; and to permanently enjoin Defendants from minting coins and/or printing currency on which is engraved "In God We Trust."

## I. JURISDICTION AND VENUE

1. This is a civil action claiming violations of 42 U.S.C. § 2000bb through § 2000bb-4 (2012), the Religious Freedom Restoration Act of 1993 (RFRA). As such, this Court has jurisdiction under 42 U.S.C. § 2000bb-1(c) and 28 U.S.C. § 1331.

2. This is a civil action claiming violations of the First and Fifth Amendments of the Constitution of the United States of America. As such, this Court has jurisdiction under 28 U.S.C. § 1331.

3. This action is founded in part upon the Constitution of the United States of America. As such, this Court has jurisdiction over Defendant United States of America under 28 U.S.C. § 1346(a)(2).

4. This action is in the nature of mandamus and seeks to compel the Congress of the United States of America, the United States of America, its agents and its officers to perform

their duties owed Plaintiff under RFRA and under the terms of the First and Fifth Amendments of the Constitution of the United States. As such, this Court has jurisdiction under 28 U.S.C. § 1361.

5. Defendants are each an officer or employee of the United States, an agency of the United States, or the United States. Plaintiff resides in this judicial district. Venue is therefore proper under 28 U.S.C. § 23 1391(e)(1)(C).

6. A substantial part of the events or omissions giving rise to this claim occurred, occur, or will occur in this judicial district. Venue is therefore proper under 28 U.S.C. § 1391(b)(2) 26 and § 1391(e)(1)(B).

## II. PARTIES

1. Plaintiff Kenneth Mayle is a resident of Cook County, Illinois. Plaintiff is an atheist who practices Satanism. As a Satanist, Plaintiff values reason and knowledge rather than faith and trust in deities. Plaintiff also follows Thelema, which is a philosophical, mystical and religious system elaborated by Aleister Crowley. Thelemic beliefs are based upon the Law of Thelema, "Do what thou wilt shall be the whole of the law. Love is the law, love under will." Embracing Thelemic law includes freeing oneself from the restrictions of majority society.

2. In order to engage in general commerce, which includes making money to purchase the necessities of life, he frequently uses United States currency. By using American currency, Plaintiff is compelled to proselytize for an official government ideology that professes faith in one "God." United States currency includes symbols referring to Freemasonry, which requires its members to place faith in one God. Plaintiff is alienated by the government's profession of faith in a "God" or one spiritual deity. Carrying money

COMPLAINT - 3

that contains a religious statement that he believes is a lie is a substantial burden on the Free Exercise of his religion and his right to practice Free Speech. Moreover, using government currency puts Plaintiff in the position of outcast, who must hide his own spiritual beliefs in order to conform to the government's official religion, which is worship of one God. The references to the single deity on the currency are derived from Freemasonry, which requires worship of the Great Architect of the Universe. This Great Architect is depicted by an all-seeing eye, which is the Egyptian god Osiris. If Plaintiff were to have children, he would face additional societal pressure, at the government's direction, to submit his will and his children's will to this single supernatural deity, in total contradiction to his own beliefs. Historically the government has demonized people who profess Satanist ideals, subjecting them to defamatory allegations involving violence and often initiating criminal prosecution for crimes they did not commit. The statement "In God We Trust" is a pervasive attack on Plaintiff's right to follow and trust in his own will, rather than "God's" will. In fact, in a final injury to Plaintiff, in order to file a lawsuit protecting his First Amendment freedoms, Plaintiff was forced to earn money that carries a message in opposition to the deeply held beliefs he is seeking to protect.

3. Defendant the Congress of the United States of America is the branch of government granted all legislative powers under Article I, Section 1, of the United States Constitution. "The Congress shall have the Power . . . To coin Money." Constitution of the United States, Article I, Section 8.

4. Defendant the United States of America is the constitutionally established government of the United States of America.

5. Defendant Steven Mnuchin is being sued in his official capacity as the nation's Secretary of the Treasury. Pursuant to 31 U.S.C. § 301(b), he is "head of the Department [of the Treasury]."

6. Pursuant to 31 U.S.C. § 321(a)(4), Defendant Mnuchin "shall ... mint coins, [and] engrave and print currency."

7. Defendant David Motl is being sued in his official capacity as the Acting Principal Deputy Director of the Mint. "The primary mission of the United States Mint is to serve the American people by manufacturing and distributing circulating, precious metal and collectible coins and national metals, and providing security over assets entrusted to us." See https://www.usmint.gov/about_the_mint/ Last Visited on April 6, 2017.

8. Defendant Motl, pursuant to 31 U.S.C. § 304(b)(2), "shall carry out duties and powers prescribed by the Secretary of the Treasury."

9. Defendant Leonard R. Olijar is being sued in his official capacity as the Director of the Bureau of Engraving and Printing (BEP). According to the BEP website, "The mission of the Bureau of Engraving and Printing is to develop and produce United States currency notes, trusted worldwide. As its primary function, the BEP prints billions of dollars – referred to as Federal Reserve Notes – each year for delivery to the Federal Reserve System." https://www.moneyfactory.gov/about.html Last visited on April 6, 2017.

10. Defendant Olijar, pursuant to 31 U.S.C. § 303(b)(1), "shall carry out duties and powers prescribed by the Secretary [of the Treasury]."

### III. FACTS

11. Defendants produce the coins and currency bills that serve as this nation's legal tender.

12. Pursuant to 31 U.S.C. § 5112(d)(1)4 and 31 U.S.C. § 5114(b), Defendants inscribe the phrase "In God We Trust" on every one of those coins and currency bills. In order to transact all of his everyday commerce, Plaintiff wishes to utilize the coins and currency bills that Defendants produce.

13. Pursuant to his religious beliefs, Plaintiff does not believe in any supernatural deity or "God." Atheistic Satanism expresses itself in opposition to theistic religions which require their adherents to submit to the power of a "God" or "Gods."

14. Like Crowley, Plaintiff is committed to exploring the material world. Crowley wrote that people should "Explore the Nature and Powers of your own Being… Contemplate your own Nature… Do not repress or restrict any true instinct of your Nature; but devote all in perfection to the sole service of your one True Will." This religious ideology mandates that Plaintiff act with honesty. Crowley is often referred to as a Satanist, he did not consider himself a practitioner of Satanism. Crowley was denounced as the "wickedest man in the world" in part because he did not reflect the thinking of the majority. Many Satanists have been influenced by Crowley and vice versa.

15. Plaintiff explores the truth of all experiences, relying first and foremost on his own reasoning and experiences. This exploration does not rely on the tenets of a supernatural deity or a single deity.

16. Defendants compel Plaintiff to personally bear and propagate the religious claim that "In God We Trust," which substantially burdens his religious exercise, as well as the religious exercise of those who perform rituals involving gods, demons or angels whom the person would not trust. Although Plaintiff can at times use a credit card, pay with Paypal, or write a paper check, he cannot pay bills and buy goods without carrying U.S.

COMPLAINT - 6

money. Far from having a choice, in order to live in the country of his birth, Plaintiff must choose between either relinquishing his right to participate in regular commerce (by using the nation's 17 monetary instruments) or violate his religious beliefs.

17. Forcing individuals to make such a "choice" is impermissible under both the Free Exercise Clause and under the Religious Freedom Restoration Act (RFRA), 42 U.S.C. § 20 2000bb through § 2000bb-4, unless Government has a compelling interest, and uses the least restrictive means to serve that interest.

18. The first ten words of the Bill of Rights are "Congress shall make no law respecting an establishment of religion."

19. The United States Government has no compelling interest in placing "In God We Trust" on the money. The Frank R. Wolf International Religious Freedom Act of 2015 is an amendment to the International Religious Freedom Act of 1998, which established the International Religious Freedom Office (IRFO) within the Department of State. In 2016 the Act was amended to recognize the rights of humanists, atheists and other nonreligious individuals, in addition to defending theistic religious minorities. The Act states that "the freedom of thought, conscience, and religion is understood to protect theistic and non-theistic beliefs as well as the right not to profess or practice any religion." The Act also condemns "specific targeting of non-theists, humanists, and atheists because of their beliefs" and attempts to forcibly compel "non-believers or non-theists to recant their beliefs or to convert. By the guidelines of the United States government, "In God We Trust" is a direct attack on non-theists, humanists and religious minorities.

20. To inscribe the motto "In God We Trust" on money violates the first principles of the United States of America as expressed in the Bill of Rights.

COMPLAINT - 7

21. In view of the foregoing, and for the further reasons set forth in this Complaint, Plaintiff challenges legality of 31 U.S.C. § 5112(d)(1) and 31 U.S.C. § 5114(b) and Defendants' inscriptions of "In God We Trust" pursuant to those statutes.

## IV. HISTORY

### A. The Origin of Satanism and Monotheistic Persecution of Satanists

22. The history of Satan is described in the Bible in Isaiah 14:12-15 and Ezekiel 28:12-19. These two biblical passages also reference the king of Babylon, the King of Tyre, and the spiritual power behind the kings.

23. However, the idea of Satan or "the Devil" is an ancient one that predates the Old Testament's references to Satan. The most ancient monotheistic religion, Zoroastrianism, depicts human existence as a struggle between Good and Evil. This dualism is expressed as a struggle between the Good god Ahura Mazda against the Evil god Angra Mainyu.

24. The Abrahamic religious texts did not invent the concept of Lucifer or Satan. Set is a god of the desert, storms, disorder, violence, and foreigners in ancient Egyptian religion

25. Although the Bible refers to "Lucifer," Lucifer is not a Hebrew word. The word is Latin. In Roman astronomy, Lucifer was the name given to the morning star, sometimes known as the god Venus. The morning star appears in the heavens, just before dawn, as a prelude to the rising sun. Worship of Venus existed for thousands of years prior to the appearance of the fictional story of the birth of Jesus Christ.

26. In the original Hebrew texts that would later become the Christian Bible, references to Lucifer described the Babylonian king Helal, a word meaning "Day star, son of the Dawn." When St. Jerome composed the Christian Bible in the fourth century, he mistranslated the phrase as "Lucifer." Over the centuries, the Christian Church

COMPLAINT - 8

transformed this Lucifer into a fallen angel, ignoring his original appearance in the Hebrew texts as a literal "bearer of light."

27. Judaism and Christianity give the Devil many names. One such name, Beelzebub, explicitly refers to a god known as Baal, who was worshiped by many competing religions during the first centuries after Jesus's death. Baal was worshipped by the Canaanites and Carthaginians in the region of the Levant. Baal's appearance in Christian theology thus became a way to persecute a competing religion through literature.

28. But Christianity did not confine its condemnation of Satan to its religious texts. As Christianity's power expanded through the ages, so did its theology of Satan. As Satan's power increased, so did the Christian Church's actions to destroy those who were accused of being Satan-worshippers. When Christianity encountered new people whom it sought to convert and conquer, its primary strategy was to accuse the people of worshipping Satan, often accusing them of participating in ritual sacrifice.

29. For example, in the third century, St. Jerome advocated the punishment of heretics who worshipped Satan. Future popes took him up on the suggestion. An Iberian bishop named Priscillian taught an ascetic form of Christianity that promoted the existence of two kingdoms, one of Light and one of Darkness. Early Church leaders declared that Priscillian and his followers were heretics and sorcerers and had them put to death sometime in the mid-third century.

30. Pope Alexander III was the first person to assume the title "Inquisitor" in 1163, which bestowed upon him the power to render judgments in matters of faith. At the synod of Verona in 1184, the Pope cursed all heretics and endorsed capital punishment for their crimes.

COMPLAINT - 9

31. Subsequently, Pope Innocent III authorized all bishops to prosecute unbelievers. Innocent III vindicated the supremacy of the Church over the State by claiming absolute authority over all European kings, who were then heads of state.

32. Innocent III instigated two crusades, including the fourth crusade, which resulted in the Sack of Constantinople. Innocent also initiated a crusade against the Albigenses, a Christian sect that preached the evil of the material world. Much like the Priscillians, the Albigenses were dualists who believed in opposing forces of good and evil. Innocent's 20-year war against the Albigenses, known as the Cathar Crusade, resulted in the death of more than 50,000 people.

33. The Church used heresy charges to excommunicate and torture the Knights Templar, who were accused of being pagans and worshipping idols. The Knights Templar had helped the Church undertake the Crusades, but once they sought political power, they were branded as Satanic. Under torture, some Templars admitted to sodomy and to the worship of heads and an idol known as *Baphomet*. On Friday October 13, 1307, King Philip IV of France had many French Templars simultaneously arrested, and then tortured into confessions. Over 100 different charges had been leveled against the Templars.

34. After Innocent the III's papacy, the Inquisition became the main tool for maintaining the power of the Christian Church. For example, when reformist Christians broke from the Catholic authorities, papal Inquisitions killed at least 900,000 Protestants between 1540 and 1570.

35. The zeal for murdering people the Church considered rebels and Satan-worshippers caused the Black Plague. During the Middle Ages, the Christian Church ordered the

COMPLAINT - 10

execution of cats, who Christians believed were consorts of Satan. When the number of cats was diminished, a greater number of people died from the rat-carried plague. When cats were plentiful, they killed the plague-bearing rats.

36. Religious persecution of non-conformist people made its way across the Atlantic Ocean when Christians settled in the Americas. Christopher Columbus was hailed as a Christian hero for "discovering" the Americas, but he spearheaded a slave trade, torture and death against native peoples who did not convert to Christianity. Captain John Smith was fictionalized as the man who saved Jamestown and consorted with Pocahontas. However, Smith identified the Native American as Devil-worshippers who needed to be converted to Christianity or else killed:

…[T]heir chiefe God they worship is the Diuell. Him they call Oke…They say they have conference with him and fashion themselves as neared to his shape as they can imagine. In their Temples they haue his image euill favouredly carued and then painted and adorned with chaines, copper, and beades, and couered with a skin in such manner as the deformity may well suit with such a God.

*A map of Virginia.* With a description of the country, etc., written by Captaine Smith, etc. Oxford. Printed by Joseph Barnes. 1612."

37. Smith started several wars against the Powhatan Indians, killing many of them and burning their homes and cornfields during the First Anglo-Powhatan War of 1610-1614. Like other colonizers of the time, Smith wrote that the people he conquered practiced ritual human sacrifice (without mentioning the irony that human sacrifice was also mentioned frequently in the Old Testament.) The accusation of human sacrifice would be used for centuries to justify hysteria against Satanists and those who were interested in the occult.

COMPLAINT - 11

38. Religious persecution of non-conformists continued in the Massachusetts colony, where many women and children were killed during the Salem Witch Trials. These women and children were accused of the "crime" of worshipping the Devil, practicing magic and advocating human and animal sacrifice.

**B. The History of Religious Freedom of and from Religion in the United States**

39. As America grew and prospered, it drafted a constitution that protected the rights of religious minorities. The U.S. Constitution rejected the Supremacy of Church over State that was endorsed by Pope Innocent III.

40. Religious freedom is the core foundational principle on which the United States was founded. The U.S. Constitution does not even mention God, or the Bible, or the Ten Commandments, Christianity or any other religion. The First Amendment also does not Mention God, or the Bible, or the Ten Commandments, or Christianity, or any monotheistic or polytheistic deity.

41. The precursor to the First Amendment is the Virginia Statute for Religious Freedom, which was written by Thomas Jefferson. In his autobiography, Jefferson explained:

Where the preamble declares, that coercion is a departure from the plan of the holy author of our religion, an amendment was proposed by inserting "Jesus Christ," so that it would read "A departure from the plan of Jesus Christ, the holy author of our religion;" the insertion was rejected by the great majority, in proof that they meant to comprehend, within the mantle of its protection, the Jew and the Gentile, the Christian and Mohammedan, the Hindoo and **Infidel of every denomination**.

**(Emphasis added)**

COMPLAINT - 12

42. Jefferson rejected the insertion of Christianity. Jefferson used the word "Infidel" to describe a group of people to whom the First Amendment guarantees religious freedom and freedom from religion. The Oxford English Dictionary defines "infidel" as "an offensive way of referring to somebody *who does not believe in what the speaker considers to be the true religion.*" Emphasis added.

43. By using the word "infidel" Jefferson endorsed complete religious freedom for people who have beliefs which are totally anathema to his own religion: Christianity. Although Jefferson may not have been aware of Satanism at the time, his own religion was certainly on the record as diametrically opposed to Satan, the Devil, and the occult.

44. Indeed, Christianity's holy book, the Bible, explicitly warns the faithful that Satan is their enemy. See Genesis 3:1-16, Isaiah 14:12-15; Ezekiel 28:12-19; Matthew 4:1-11; Matthew 13:24-39; Acts 13:8-10; Luke 10:19. Christians believe Satan or Lucifer acts as leader of the fallen angels. These demons, existing in the invisible spirit realm yet affecting the physical world, rebelled against "God," but are ultimately under their "God's" control.

45. Lucifer is said to masquerade as an "angel of light," deceiving humans just as he deceived Eve in the beginning. Christianity (and by reference to the Old Testament, Judaism) casts Satan as a Serpent who tempts Eve to eat from the Tree of Knowledge. "You surely will not die!" says Satan. "For God knows that in the day you eat from it your eyes will be opened, and you will be like God, knowing good and evil." Genesis 3:1-5.

46. The Book of Revelation describes a **war in heaven** between angels led by the Archangel Michael against those led by "the dragon"—identified as "the devil and Satan"—who are defeated and thrown down to the earth.

47. Notably, Christianity thus punishes Eve and all of humanity for seeking knowledge and truth, the same knowledge and truth that is for Christians and Jews, the sole purview of "God." For Satanists and Thelemites alike, this is a repellent doctrine. The pursuit of truth and knowledge through one's own exploration is the most important aspect of life for non-theists such as Plaintiff.

48. Rather than "trust" in "God," Plaintiff follows the dictates of the Serpent-Satan and the example of Eve by seeking the Tree of Knowledge in all things.

49. According to Jefferson, this is Plaintiff's right under the Constitution. "The legitimate powers of government extend to such acts only as are injurious to others. But it does me no injury for my neighbor to say there are twenty gods or no God. It neither picks my pocket nor breaks my leg." Notes on the State of Virginia, Query 17, p. 159, ed. William Peden (1954).

50. Jefferson's radical concept of freedom of and from religion contemplates the possibility that infidels to the Christian faith, or atheists, or polytheists, will hold beliefs that oppose Christianity. But the government may not take any action against people who hold those beliefs. Jefferson thus created the concept of separation between Church and State:

Believing with you that religion is a matter which lies solely between man and his God, that he owes account to none other for his faith or his worship, that the legislative powers of government reach actions only, and not opinions, I contemplate with sovereign reverence that act of the whole American people which declared that their legislature should 'make no law respecting an establishment of religion, or prohibiting the free exercise thereof,' thus building a wall of separation between church and State.

Thomas Jefferson, *letter to Danbury Baptist Association*, CT., Jan. 1, 1802.

51. Furthermore, Jefferson stated that "Christianity neither is, nor ever was a part of the common law." *Thomas Jefferson, letter to Dr. Thomas Cooper, February 10, 1814.*

52. Almost contemporaneous with the adoption of the Constitution, the Senate of the United States declared the National Government was not founded on the Christian religion. In the Treaty with Tripoli ratified by the Senate in 1797 (8 U. S. Statutes at Large 155), occurs this article:

ART. XI. As the Government of the United States of America is not in any sense founded on the Christian religion-as it has in itself no character of enmity against the laws, religion or trapquility of Alusselmen-and as the said States have never entered into any war or act of hostility against any Mahometan nation, it is declared by the parties, that no pretext arising from religious opinions shall ever produce an interruption of the harmony existing between the two countries.

53. However, since many of the Founders were Freemasons, who pushed the belief in a single creator, the U.S. government was still promoting worship of a single deity.

54. As applied by the states, common law was found explicitly non-Christian by the Supreme Courts of Ohio and Louisiana. In *Bloom v. Richards* (1853), 2 Ohio St. 387, 390, 391, the Supreme Court of Ohio said: "Neither Christianity, or any other system of religion, is a part of the law of the State * * * Thus the Statute, upon which the defendant relies, prohibiting common labor on the Sabbath, could not stand for a moment as a law of the State, if its sole foundation was the Christian duty of keeping that day holy, and its sole motive to enforce the observance of that duty." This view was followed in the later Ohio cases, *HMcGatrick V. Wasolz* (I855), 4 Ohio St. 566, and *Board of Education of Cincinnati. Miinor,* et. al.(I872),23 Ohio St. 211. The Louisiana Supreme Court decided similarly to the Ohio Courts, in *State v. Bott* (1879), 31 La. An. 663.

55. Jefferson's commentary and contributions to the nation's founding documents omit any favoritism to Christianity and instead establish a government of religious neutrality. Despite the state courts agreeing with Jefferson's concept of an American common law not founded on Christianity, partisans of that religion began an assault on the wall between Church and State.

56. The concept of "In God We Trust" does not originate until the War of 1812, when Francis Scott Key wrote The Star Spangled Banner. The fourth stanza includes the verse " "And this be our motto: 'In God is our Trust.'" This motto made an appearance on the government's $20 interest bearing notes in 1864. It also states "God and our Right." The key on the sigil appears to be the Masonic Key of Solomon, which again endorses an explicitly Masonic religious viewpoint of a single deity.

57. The Star Spangled Banner also includes a stanza decrying former slaves who were working for the British Army. Key wishes that these former slaves will spill their own blood to wash away the "pollution" of the British. Thus the idea of "trust" in a "God" originated with a national song celebrating the death of fugitive slaves, rather than from Thomas Jefferson or other founders of the nation.

58. The Christians who lobbied for the inclusion of their "God" on money included Reverend M. R. Watkinson, who in a letter dated November 13, 1861, petitioned the Treasury Department to add a statement recognizing "Almighty God in some form in our coins" in order to "relieve us from the ignominy of heathenism." United States (1897). *Congressional Serial Set. US: Government Printing Office, p. 260.*

COMPLAINT - 16

59. Despite the fact Watkinson's request was in direct contradiction to principles of common law and contrary to the intention of Jefferson, Congress soon authorized the recognition of God on one and two-cent coins.

60. As Defendant Mnuchin's Treasury Department notes on its website, "The motto IN GOD WE TRUST was placed on United States coins largely because of the increased religious sentiment existing during the Civil War." https://www.treasury.gov/about/education/Pages/in-god-we-trust.aspx Last accessed April 6, 2017.

61. The Civil War occurred at the end of a period of serious religious revivalism, leading to the birth of the Christian Evangelical movement that has influenced the development of religious persecution against anyone who does not share their religious faith, practices and views in the United States.

62. Defendant Mnuchin's website recounts the history of the religious motto on coins:

The use of IN GOD WE TRUST has not been uninterrupted. The motto disappeared from the five-cent coin in 1883, and did not reappear until production of the Jefferson nickel began in 1938. Since 1938, all United States coins bear the inscription. Later, the motto was found missing from the new design of the double-eagle gold coin and the eagle gold coin shortly after they appeared in 1907. In response to a general demand, Congress ordered it restored, and the Act of May 18, 1908, made it mandatory on all coins upon which it had previously appeared. IN GOD WE TRUST was not mandatory on the one-cent coin and five-cent coin. It could be placed on them by the Secretary or the Mint Director with the Secretary's approval.

*Id.*

63. Defendant Mnuchin's Treasury website describes the moto as having been "found missing" or having been "disappeared" when in fact the motto was excluded from coins often due to objections from non-theistic citizens to carrying "In God We Trust" on their money.

COMPLAINT - 17

64. Defendant Mnuchin's Treasury website also explains the origin of the motto on paper bills. Once again, the impetus for adding the religious theme to money was War – this time the Cold War between the USA and Soviet Union:

> A law passed by the 84th Congress (P.L. 84-140) and approved by the President on July 30, 1956, the President approved a Joint Resolution of the 84th Congress, declaring IN GOD WE TRUST the national motto of the United States. IN GOD WE TRUST was first used on paper money in 1957, when it appeared on the one-dollar silver certificate. The first paper currency bearing the motto entered circulation on October 1, 1957. The Bureau of Engraving and Printing (BEP) was converting to the dry intaglio printing process. During this conversion, it gradually included IN GOD WE TRUST in the back design of all classes and denominations of currency.

> *Id.*

## C. Persecution of Satanists and Occultists in the United States

65. Persecution of Satanists and those who maintain an interest in the occult has a long history in the United States. Such persecution is rooted in the long tradition of papal inquisitions and crusades against those who do not conform to their religious expectations. M. R. Watkinson, the Christianist who formally proposed adding religious symbols to American money, worried that future generations would believe the U.S. was not a Christian nation if the nation did not proclaim Christianity on its money:

> What if our Republic were not shattered beyond reconstruction? Would not the antiquaries of succeeding centuries rightly reason from our past that we were a heathen nation? What I propose is that instead of the goddess of liberty we shall have next inside the 13 stars a ring inscribed with the words PERPETUAL UNION; within the ring the all-seeing eye, crowned with a halo; beneath this eye the American flag, bearing in its field stars equal to the number of the States united; in the folds of the bars the words GOD, LIBERTY, LAW. This would make a beautiful coin, to which no possible citizen could object.

66. Watkinson refers to the all-seeing eye. This is the same eye Freemasons used to represent the one pagan "God." This again endorses belief in a single deity. Watkinson therefore

frames the situation as one in which only "heathens" – bad people – would possibly object. His framing also makes the non-Christian an outsider and a heretic in his own country, by declaring they are not worthy of being American citizens.

67. Watkinson's fury and enmity against "heathens" has frequently found expression in persecution of religious minorities.

68. In the 1960s, some Americans began exploring polytheistic and pagan religions. These were religions that had been around for thousands of years prior to the advent of the Abrahamic religions. People who worshipped Norse gods, Celtic gods and those who practiced the occult spirituality of Wicca and Thelema brought their beliefs into the public sphere. Satanists were a part of this alternative view monotheistic religions and their strictures.

69. The Church of Satan was the first formal and official religious organization that promoted study of Satan in America. It was founded by Anton Szandor La Vey in 1966. La Vey wrote the Satanic Bible, which is a summary of his beliefs and influences. Like many people who consider themselves Satanists, La Vey considered Satan a metaphor or symbol for man's power over his own life. Satan worshippers today rebel against the concept of a single, powerful "God."

70. Satanism has been recognized as a religion entitled to the same freedom as monotheistic religions such as Islam, Christianity and Judaism. In 1978, the U.S. Army included Satanism in its manual of Religious Requirements and Practices, which is given to Army chaplains. The manual provides guidance for chaplains on ministering to Satanists.

71. La Vey, speaking as his alter ego John Kincaid, told Time Magazine in 1974 "the need to believe is as dominant a factor in this age of ours as it has ever been," which means those who are skeptical must be present and accounted for, too.

72. However, the public appearance of Satanism shocked monotheists in America and spurred them to persecute the religious minority, much like their ancestors during the Inquisition and the Crusades. Suddenly, Satanists found themselves under attack. In the 1980s, Christians instigated a "Satanic Panic" that spread across the country and the world. Christians accused Satanists of ritual abuse against children and adults. This led to hundreds of claims against day cares that were suddenly accused of using children in Satanic rituals.

73. The Kern County, California child abuse case was the first case involving claims of a Satanic pedophile-sex-ring. At least 36 people were convicted. By the end of the 1990s, an astonishing 34 of the criminal convictions had been overturned on appeal. Many of the defendants spent years in prison, and two died without ever clearing their name.

74. As the Satanic Panic spread, psychotherapy patients conveyed false memories of Satanic ritual abuse. This led to more investigations, more convictions, more media attention and more persecution of Satanists.

75. Satanic Panic has been studied by reputable researchers who have concluded that the moral panic, driven by anxiety and paranoia, resulted in false memories and false testimony. See Bette L. Bottoms and Suzanne L. Davis (1997), The Creation of Satanic Ritual Abuse. *Journal of Social and Clinical Psychology:* Vol. 16, No. 2, pp. 112-132. Bette Bottoms, who reviewed hundreds of claims of adult and child abuse, described the ultimate evidence for the abuse as "astonishingly weak and ambiguous" particularly

COMPLAINT - 20

given the severity of the alleged abuse. Bottoms, Bette L., Phillip R. Shaver, Gail S. Goodman, & Jinjian Qin. 1995. In the Name of God: A Profile of Religion-Related Child Abuse. *Journal of Social Issues* 51 (2):85-111.

76. The most famous Satanic Panic case involved the conviction of three teenagers who were accused of murdering three young boys in a Satanic ritual. The West Memphis Three were finally released in 2011. Much of the testimony against the young men was centered on their interest in the Occult, including Satanism, Thelema, Magick and other spiritual practices that do not recognize a monotheistic God. Damien Echols, one of the West Memphis Three, was accused of Satanic ritual abuse simply because he used symbolism from the Hermetic Order of the Golden Dawn. The Golden Dawn practices ceremonial magick. Crowley was once an influential member of the Golden Dawn.

77. In 2015, Ben Carson, who is now Secretary of Housing and Urban Development, revealed that he believes in a conspiracy theory that Satanists have infiltrated the U.S. government. Ben Carson and the Satanic Sabbath Persecution Conspiracy, *Mother Jones*, October 9, 2015. Last accessed April 11, 2017. http://www.motherjones.com/politics/2015/09/ben-carson-sabbath-persecution-satan-conspiracy

78. In 2016, Satanic Panic once again dominated the headlines as a pizza parlor in Washington D.C. was rumored to be the center of a child sex trafficking ring masterminded by Democratic strategist John Podesta. Proponents of the conspiracy theory postulated that it has something to do with Satanic ritual abuse that was run by a "Satanic cabal of elites." Wade, Peter (March 25, 2017). "Pizzagate Will Never Die: Here's Why the Conspiracy Theory Has New Life". Esquire. Retrieved April 13, 2017.

79. As these examples illustrate, the open hatred and persecution of Satanists has resulted in criminal convictions and even death. When Satanists practice their religion in the open, they are exposed to ridicule and protest. Satanists represent reason and opposition to blind faith in supernatural beings. Monotheistic religions are committed to erasing these beliefs from the earth. For example, in 2016, when a group of Oklahoma Satanists held a black mass ritual to show the community part of what goes on during their services, they were met with over 8,000 Christian protests in 2016. When Satanists unveiled a nine-foot statue of Baphomet in Detroit in 2016, they were also met with outrage and protests simply for exercising the same freedoms afforded to monotheists.

80. Satan in his original pre-Christian and pre-Islamic form is respected, as a principle of subversion and non-conformity, rather than as a deity. Satanists emphasize their own experiences, perceptions and reasoning as paramount, rather than submitting their will to a deity. They believe each person is responsible for their own life. These ancient beliefs have been opposed by monotheists.

81. Satanists have the same First Amendment rights as other religions. In 2005 the Supreme Court ruled that the Religious Land Use and Institutionalized Persons Act (RLUIPA) prohibited the federal government from imposing a substantial burden on prisoners freedom of religion. Five residents of an Ohio prison, which included two adherents of Asatru, a minister of the white supremacist Church of Jesus Christ Christian, a Wiccan and a Satanist sued the State of Ohio for failing to accommodate their religious needs. *Cutter v. Wilkinson*, 544 U.S. 709 (2005) A unanimous Supreme Court concluded the prison was required to grant plaintiffs the same opportunities for group worship that are granted to adherents of mainstream religions, including affording them religious dress

COMPLAINT - 22

and appearance, allowing possession of religious ceremonial and providing a chaplain trained in their faith.

82. Despite the recognition of Satanism as a religion, Christianists continue to discriminate against Satanists. In 2014, the county commissioners of Franklin County, Indiana, denied The Satanic Temple's application to place its Baphomet figure outside the courthouse in Brookville with other religious displays. *Freedom From Religion Foundation et. al. v. Franklin County, Indiana*, No. 1:15cv00484. After litigation, the county agreed that the Temple could erect its statue next to other religious displays such as nativity scenes.

83. The Freedom From Religion Foundation also won the right to erect a Festivus pole in Florida's Capitol Building along with other holiday religious displays. However, Florida eventually eliminated all such displays rather than allow religious expression by Satanists. Likewise, in 2015, the Oklahoma Supreme Court ordered a 6-foot tall granite monument of the Ten Commandments removed from statehouse grounds because it violated the Establishment Clause. The Court was influenced by The Satanic Temple's plans to place a large Baphomet statue right next to the Christian statue.

84. In conclusion: Christian and other monotheistic religions are committed to discriminating and persecuting Satanists for their sincerely held, non-dogmatic beliefs. This persecution is designed to force Satanists to convert or else suffer extreme consequences, including discrimination, imprisonment and death. The current atmosphere promotes the same accusations of sorcery, witchcraft, abuse and ritual sacrifice that has characterized the monotheist response to Satanism since its inception.

85. Plaintiff's disagreement about religious motto on the nation's money finds support in both the Establishment and Free Exercise clauses of the First Amendment.

COMPLAINT - 23

## The Establishment Clause

86. There are no early cases testing the constitutionality of the Establishment Clause. Only two such cases reached the Supreme Court before 1947. Those who advocate for strict separation between church and state believe the Constitution does not permit government action supporting religious beliefs, practices or institutions in any way. Cases which support their position include *Everson v. Board of Education*, 330 U.S. 1 (1947), where the majority interpreted the due process clause of the Fourteenth Amendment as applying the Bill of Rights to the states and Citing Jefferson to conclude "The First Amendment has erected a wall between church and state. That wall must be kept high and impregnable. We could not approve the slightest breach."

87. Likewise, in *Engel v. Vitale*, 370 U.S. 421 (1962), the Supreme Court, by a vote of 6-1, determined it unconstitutional for state officials to compose an official school prayer and require its recitation in public schools, even when the prayer is non-denominational and students may excuse themselves from participation, noting that "it is a matter of history that this very practice of establishing governmentally composed prayers for religious services was one of the reasons which caused many of our early colonists to leave England and seek religious freedom in America."

88. The modern interpretation of the Establishment Clause is derived from *Lemon v. Kurtzman*, 403 U.S. 602 (1971), wherein the court determined that a Pennsylvania state policy of reimbursing the salaries and related costs of teachers of secular subjects in private religious schools violated the Establishment Clause. In so holding, the Court recognized that the "wall" between Church and State was necessarily blurred. The Court

COMPLAINT - 24

mandated a three-part test to determine whether a State's action impermissibly entangled the government and religion.

89. Government actions which included the words "Under God" have been repeatedly struck down as unconstitutional even when the government tried to argue that they were merely symbolic speech. In 2002, the Ninth Circuit Court of Appeals held that classroom recitation of the Pledge of Allegiance in a California public school was unconstitutional, even when students were not compelled to recite it, due to the inclusion of the phrase "under God." *Elk Grove Unified School District v. Newdow*, 542 U.S. 1 (2004). Defendant Congress strongly condemned the decision in resolutions affirming their belief in Christianity, or an equivalent religion worshipping one deity. The decision was vacated on procedural standing grounds. In *Edwards v. Aguilar*, 482 U.S. 578, a Louisiana law requiring public school teachers to give equal time to Creationism and Evolution was declared unconstitutional because it intended to advance a specific religion.

90. The motto "In God We Trust" expresses a specifically monotheistic viewpoint which is proclaimed on the most ubiquitous state-sanctioned objects in America: coils and paper bills. It flies in the face of Jefferson's intentions with the First Amendment, violates the country's early pronouncement of government separation from religion expressed in common law and by treaty, and fails to protect Plaintiff from coercion.

91. When Defendants Mnuchin, Olijar and Motl direct their employees to engrave and print the motto "In God We Trust" on the nation's currency, Satanists are forced to carry the forward the message of the monotheistic "God." In other words, Satanists are forced to use the currency of people who have proclaimed Satanists their enemy.

92. By advocating for the motto "In God We Trust," Defendants are transmitting a tradition and heritage that is by its very nature exclusory and hostile to non-thesis such as Plaintiff.

93. Defendants have no compelling interest to justify these burdens they have imposed.

94. Other nations have no financial or other trouble from having currency that lacks religious identification. In addition, during the many decades when the nation used currency sans "God", the U.S. Treasury operated without any problem whatsoever.

95. Even if there was a compelling interest to justify the motto, Defendants would need to show they furthered that interest in the least restrictive manner. Defendants cannot and have not ever met this hurdle. There is no reason that printing a non-religious motto on the currency would injure the United States.

96. Defendant Motl's U.S. Mint even proclaims its purpose as "Perhaps most importantly, the United States Mint connects us with the core values of America. From the great promise of our "E Pluribus Unum" credo beneath the banner of Liberty, each coin is a small share in the ongoing American Experience, linking us in an unbroken line to our country's— and the Mint's—origins in the Constitution." https://www.usmint.gov/about_the_mint/index.html Last accessed on April 6, 2017.

97. If the nation's most important credo is "E Pluribus Unum" - from one, many - what possible compelling purpose does "In God We Trust" serve? Even Defendants must concede that the motto has nothing to do with the functioning of the Treasury. Therefore, its importance must lie in transmitting something of key importance in American life. Since the founding of the nation, Freemasons have promoted secret beliefs involving religious worship of one "God." These values are now being communicated through symbology on American currency. For Defendants Congress, the United States, and its

COMPLAINT - 26

officials, that something is the value of monotheism which has been thoroughly rejected as a permissible interest of the U.S. Government.

## Free Exercise Clause

98. Religious accommodations tend to emphasize the Free Exercise provisions of the First Amendment, maintaining that the government is not required to be indifferent to religion. Instead, the accommodationists assert that the government must only show respect for a plurality of faiths, without favoring any specific sects, rather than remaining totally non-religious.

99. In the *Town of Greece v. Galloway,* 12-696, a legislative body which was sued because the legislators engaged in public, Christian prayer before all public meetings. The Supreme Court ruled 5-4 in favor of the Town of Greece by holding that the U.S. Constitution not only allows for prayer at government meetings, but also for sectarian prayers like predominately Christian prayers. Writing for the majority, Catholic Justice Anthony Kennedy stated that prayer somehow ennobled public debate as long as non-believers or people of minority faiths did not feel coerced. Kennedy would draw the line when such prayers "denigrate nonbelievers or religious minorities, threaten damnation, or preach conversion." Tellingly, all five justices in the majority were of the same faith as the legislators – Christian – while the four dissenters were all from minority faiths (Jewish).

100.     *Galloway* follows recent momentum for permitting more religion in the public square. Case law and legislative acts have supported finding new ways to allow religious people to express themselves. Americans who practice minority faiths or who profess no faith have also recognized that their Freedom of Expression is also at stake. Consequently,

President Obama has signed the Frank R. Wolf International Religious Freedom Act into law.

101.     The Wolf Religious Freedom Act recognizes that "[t]he freedom of thought and religion is understood to protect theistic and non-theistic beliefs as well as the right not to profess or practice any religion." This is an expansive view of religious freedom which is specifically designed to protect the interests of minorities whose freedom of religion was **not protected by the *Galloway* ruling.**

102.     The Religious Freedom Restoration Act (RFRA), First Amendment and Wolf International Religious Freedom Act give Plaintiff the right to practice his religion as he sees fit, with the full intensity and government support afforded to monotheistic religions. Consequently, Plaintiff should be permitted to lead prayers or exhortations to Satan before public meetings, display his chosen faith's symbols on public property during holiday seasons and include the teachings of Crowley's Thelema and Satan in school curriculums – all rights afforded to Christians and other popular religions in America.

103.     Justice Kennedy's majority opinion in *Galloway* states that the constitutional line is drawn when government religious speech denigrates nonbelievers or religious minorities, or indeed if such speech should "threaten damnation, or preach conversion." *By its very nature,* the motto "In God We Trust" threatens damnation and preaches conversion of non-theists, polytheists and Satanists. The statements violate the letter and spirt of both RFRA and the International Religious Freedom Act.

104.     If Defendants may endorse religious monotheism and forcible conversion on its currency, then Plaintiff should be permitted to opt out of the system entirely. The Defendants must be compelled to design monetary systems that forgo the use of coins

COMPLAINT - 28

and paper. Alternatively, Defendants could allow every minority faith the opportunity to include its chosen motto on one of the nation's 17 forms of currency. The pluralistic society described by religious accommodationists, and by the Supreme Court, sanctioned exactly this sort of compromise.

## V. CLAIMS FOR RELIEF

### CLAIM 1. DEFENDANTS' ACTS SUBSTANTIALLY BURDEN PLAINTIFF'S EXERCISE OF RELIGION IN VIOLATION OF RFRA

1. The allegations set forth in the preceding paragraphs are realleged herein.

2. This cause of action is pled against each and all Defendants. Pursuant to 42 U.S.C. § 2000bb through § 2000bb-4, the Religious Freedom Restoration Act of 1993 (RFRA), government may not substantially burden any individuals in the exercise of their religious beliefs.

3. RFRA was intended to prevent government from substantially burdening religious exercise when government has acted in a religiously neutral manner. In this case, Defendants have gone far beyond that expected reach of RFRA, adopting the motto "In God We Trust" during times of warfare explicitly to endorse monotheism.

4. By placing the "God" motto on the nation's coins and currency bills, Defendants have substantially burdened Plaintiff's in the exercise of his non-theistic beliefs by requiring him - as the price to pay for using the nation's coins and currency bills – to personally bear a religious message that is the antithesis of what he believes is true and right.

5. By placing the motto on the nation's coins and currency bills, Defendants have substantially burdened Plaintiff in the exercise of his protected religious beliefs by

COMPLAINT - 29

requiring him– as the price to pay for using the nation's money – to proselytize for a religious claim that is completely contrary to his personal religious opinions, and completely in opposition to Satan.

6. By placing "In God We Trust" on the nation's coins and currency bills, Defendants have substantially burdened Plaintiff's exercise of his non-theistic beliefs by requiring him to engage in activity that he believes furthers the anti-Atheist and anti-minority religious prejudices that pervade this nation's society. Defendants have no compelling interest to justify these burdens.

7. Thus, by inscribing "In God We Trust" on the nation's coins and currency bills, Defendants have violated RFRA in past and present form.

## CLAIM 2. DEFENDANTS HAVE PLACED RELIGIOUS VERBIAGE ON THE NATION'S MONEY WITHOUT ANY ENUMERATED POWER AUTHORIZING THAT ACTIVITY

1. The allegations set forth in the preceding paragraphs are realleged herein.

2. This cause of action is pled against each and all Defendants.

3. "If no enumerated power authorizes Congress to pass a certain law, that law may not be enacted …." *National Federation of Independent Business v. Sebelius,* 132 S. Ct. 2566, 2577 (2012). Thus, "[t]he Federal Government … must show that a constitutional grant of power authorizes each of its actions." *Id.* at 2578. ¶ 449. No constitutional grant of power authorizes Defendants to make religious claims.

4. By inscribing "In God We Trust" on the nation's coins and currency bills, Defendants are making the religious claims that (i) there is a "God," and (ii) the people of this nation do

COMPLAINT - 30

(and should) "trust" in that "God." This "God" may be Christian, Masonic or any other deity so long as citizens practice monotheism.

5. Thus, by inscribing "In God We Trust" on the nation's coins and currency bills, Defendants have violated the Constitution under the "enumerated power" test.

## CLAIM 3. DEFENDANTS HAVE VIOLATED PLAINTIFFS' EQUAL PROTECTION RIGHTS

1. The allegations set forth in the preceding paragraphs are realleged herein.

2. This cause of action is pled against each and all Defendants.

3. Perhaps the most incontrovertible of the "personal choices central to individual dignity and autonomy, including intimate choices that define personal identity and beliefs," *Obergefell v. Hodges*, 135 S. Ct. 2584, 2597 (2015), are the choices related to religion.

4. By placing "In God We Trust" on the money, Defendants are clearly disrespecting Plaintiff's religious views, while supporting the majority's monotheistic religious beliefs. The currency contains symbols and statements openly pandering to Freemasonry, a religion promoting monotheism. Plaintiff "ask[s] for equal dignity in the eyes of the law." *Id.* at 2608. "The Constitution grants them that right." *Id.*

5. Thus, by inscribing "In God We Trust" on the nation's coins and currency bills, Defendants have violated Plaintiff's equal protection rights under the Due Process Clause of the Fifth Amendment. *Adarand Constructors, Inc. v. Mineta*, 534 U.S. 103, 4 105 (2001)

## CLAIM 4. DEFENDANTS HAVE VIOLATED PLAINTIFFS' FREE SPEECH RIGHTS

1.  The allegations set forth in the preceding paragraphs are realleged herein.

2.  This cause of action is pled against each and all Defendants.

3.  In *Wooley v. Maynard,* 430 U.S. 705, 714 (1977), the Supreme Court stated that "[a] system which secures the right to proselytize religious, political, and ideological causes must also guarantee the concomitant right to decline to foster such concepts." The High Court also wrote that "the State's interest ... to disseminate an ideology ... cannot outweigh an individual's First Amendment right to avoid becoming the courier for such message." *Id.*, at 717.

4.  That notion was reiterated in *Walker v. Texas Division*, *Sons of Confederate Veterans,* 135 S. Ct. 2239 (2015), for although "[w]hen government speaks, it is not barred by the Free Speech Clause from determining the content of what it says," 19 *id.*, at 2245, "the Free Speech Clause itself may constrain the government's speech if, for example, the government seeks to compel private persons to convey the government's speech," *id.*, at 2246.

5.  Thus, by inscribing "In God We Trust" on the nation's coins and currency bills – with the specific intention of having individuals proselytize that religious message, Defendants have violated Plaintiff's free speech rights.

CLAIM 5. DEFENDANTS' HAVE VIOLATED PLAINTIFFS' FREE EXERCISE RIGHTS

1.  The allegations set forth in the preceding paragraphs are realleged herein. This cause of action is pled against each and all Defendants.

COMPLAINT - 32

2. Defendants have repeatedly stated that they have placed "In God We Trust" on the money for the purpose of furthering (Christian) Monotheistic religious belief.

3. Moreover (as revealed by the text, the legislative history, and the actual effect of having those words on the money), the statutes at issue are impermissibly "aimed at the promotion or restriction of religious beliefs." *Employment Div. v. Smith*, 494 U.S. 872, 879 (1990).

4. Defendants' actions have thus left Plaintiff with only two alternatives regarding the use of the nation's legal tender: (i) Employ a relatively burdensome alternative method for engaging in everyday commerce, or (ii) Bear a religious message he believes is untrue and completely contrary to his sincerely held religious beliefs

5. Thus, by inscribing "In God We Trust" on the nation's coins and currency bills, Defendants have violated Plaintiff's free exercise rights.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests relief and judgment as follows:

I.  To declare that the inscription of "In God We Trust" on the nation's coins and currency (pursuant to 31 U.S.C. § 5112 (d)(1) and 31 U.S.C. § 5114 (b)) violates 42 U.S.C. § 2000bb through § 2000bb-4, the Religious Freedom Restoration Act (RFRA);

II. To declare that the inscription of "In God We Trust" on the nation's coins and currency (pursuant to 31 U.S.C. § 5112 (d)(1) and 31 U.S.C. § 5114 (b)) violates the equal protection component of the Fifth Amendment's Due Process clause;

III.   To declare that the inscription of "In God We Trust" on the nation's coins and currency (pursuant to 31 U.S.C. § 5112 (d)(1) and 31 U.S.C. § 5114 (b)) violates the First Amendment's Free Speech Clause;

IV.   To declare that the inscription of "In God We Trust" on the nation's coins and currency (pursuant to 31 U.S.C. § 5112 (d)(1) and 31 U.S.C. § 5114 (b)) violates the First Amendment's Free Exercise Clause;

V.   To permanently enjoin Defendants from minting coins and/or printing currency on which is engraved "In God We Trust;"

VI.   To allow Plaintiff – pursuant to 42 U.S.C. § 1988, 28 U.S.C. § 2412 (the Equal Access to Justice Act), and as may otherwise be allowed by law – to recover all reasonable costs, expert witness fees, attorney fees, and other expenses; and

VII.   To provide such other and further relief as the Court may deem proper.


Dated this 4th day of May, 2017.


KENNETH MAYLE

PLAINTIFF PRO SE

COMPLAINT - 34